# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ROBERT DEAN, JR., and ERIKA PRESSLEY, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>CVS PHARMACY, INC., and CVS CAREMARK CORPORATION,<br><br>                     Defendants. | Civil Action No. 14-2136 |

## ORDER

This 6th day of September, 2017, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** as to Erika Pressley and the putative New Jersey class, but **DENIED** as to Keith Robert Dean and the putative Pennsylvania class.

                                                               /s/ Gerald Austin McHugh
                                                               United States District Judge