# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ROBERT DEAN, JR., and ERIKA PRESSLEY, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CVS PHARMACY, INC., and CVS CAREMARK CORPORATION,<br>　　　　　Defendants. | Civil Action<br>No. 14-2136 |

## **ORDER**

This 16th day of August, 2018, it is hereby **ORDERED** that, upon consideration of Plaintiff's Renewed Motion for Class Certification (ECF No. 102) and the subsequent briefing (ECF Nos. 115, 116), Plaintiff's Motion is **DENIED** for the reasons outlined in the accompanying Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge